■ In the Matter of ROGER SCOTT et al., Appellants, v JOHN H. MANILLA, as Building Inspector of the Town of Skaneateles, et al., Respondents.—Appeal unanimously dismissed without costs. Memorandum: An appeal from an order in a CPLR article 78 proceeding does not lie as a matter of right (CPLR 5701 [b] [1]). Such an appeal is authorized only upon permission of the Judge who made the order or from a Justice of the Appellate Division (CPLR 5701 [c]). Since no permission to appeal has been granted, this appeal must be dismissed *(Matter of Driscoll v Department of Fire,* 112 AD2d 751; *Matter of Steele v City of Buffalo Dept. of Community Dev.,* 86 AD2d 754; *Hawley v Town of Aurora,* 41 AD2d 588; *Matter of Vivenzio v City of Utica,* 30 AD2d 771). (Appeal from order of Supreme Court, Onondaga County, Stone, J.—art 78.) Present —Callahan, J. P., Denman, Green, Pine and Davis, JJ.

■ BORIS SAPKAROSKI, Appellant, v STATE OF NEW YORK et al., Respondents. (Claim No. 70248.)—Order unanimously affirmed without costs for reasons stated in memorandum decision at Court of Claims, Quigley, J. (Appeal from order of Court of Claims, Quigley, J.—partial summary judgment.) Present—Callahan, J. P., Denman, Green, Pine and Davis, JJ.

■ SALVATORE T. CRINO, Respondent, v ARTHUR LACHIUSA et al., Defendants, and SY LACHIUSA, Appellant.—Judgment unanimously affirmed without costs for reasons stated at Chautauqua County Court, Adams, J. (Appeal from judgment of Chautauqua County Court, Adams, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Pine and Davis, JJ.